IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TOD SEELIE, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:23-cv-01208 |
| | ) JURY DEMAND |
| THE LAST AMERICAN VAGABOND, LLC, | ) |
| | ) Judge Aleta A. Trauger |
| | ) Magistrate Judge Alistair E. Newbern |
|    Defendant. | ) |

**BUSINESS ENTITY DISCLOSURE**
(Disclosure of corporate affiliations, business entity citizenship, and financial interests)

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, <u>**The Last American Vagabond, LLC**</u> makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. <u>Attach separate pages as necessary to fully provide required information</u>.**

☐ This party is an individual, who resides in _____.

☐ This party is a publicly held corporation or other publicly held entity, incorporated in _____ and with a principal place of business in _____.

☐ This party is a privately held corporation, incorporated in _____ and with a principal place of business in _____.

☐ This party has parent corporations

    If yes, identify **on attached page(s)** all parent corporations, including grandparent and great- grandparent corporations.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify **on attached page(s)** all such owners.

[X] This party is a limited liability company or limited liability partnership.

    If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

[ ] This party is an unincorporated association or entity.

    If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

[ ] This party is trust.

    If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

[ ] Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

    If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

Date: **2/21/24**   Signature: **/s/ *M. Todd Sandahl***

                      Printed Name: **M. Todd Sandahl**

                      Title: **Counsel for The Last American Vagabond, LLC**

## ATTACHMENT TO BUSINESS ENTITY DISCLOSURE
## LIMITED LIABILITY COMPANY

The sole member of The Last American Vagabond, LLC ("TLAV"), is Ryan Cristian. He is a citizen of the State of Tennessee.

Dated: February 22, 2024.

## CERTIFICATE OF SERVICE

       I hereby certify that a true and exact copy of the foregoing document has been served via the Court's electronic filing system on the following:

Craig B. Sanders, Esq.
Jaymie Sabilia-Heffert, Esq.
Sanders Law Group
333 Earle Ovington Blvd., Suite 402
Uniondale, NY 11553
csanders@sanderslaw.group
jheffert@sanderslaw.group

Counsel for Plaintiff

Dated: February 22, 2024.

                                        /s/ *M. Todd Sandahl*
                                        M. Todd Sandahl