IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Tod Seelie, | ) |
|     Plaintiff, | ) Case No: 3:23-cv-01208 |
| v. | ) Hon. Aleta A. Trauger |
| The Last American Vagabond, LLC, | ) |
|     Defendant. | ) |

**CERTIFICATE OF SERVICE PURSUANT TO L.R. 5.01**

In compliance with L.R. 5.01, I hereby certify that on April 3, 2023, a true and correct copy of Plaintiff's Motion for Leave to Appear Remotely at the Initial Case Management Conference [Dkt. No. 20] was electronically filed through the Court's CM/ECF filing system on the following:

M. Todd Sandahl, #19167
Attorney at Law
234 First Avenue South
Franklin, Tennessee 37064
tsandahl@mtslaw.com

*Attorney for Defendant*

Dated: April 4, 2024

                                          */s/ Craig Sanders*
                                          Craig Sanders