IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TOD SEELIE, | ) | |
| | ) | |
|    Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 3:23-cv-1208 |
| | ) | Judge Trauger |
| THE LAST AMERICAN VAGABOND, LLC, | ) | |
| | ) | |
|    Defendant, | ) | |
| | ) | |

## **ORDER**

It is hereby ORDERED that a telephone conference will be held with counsel for the parties on Thursday, August 15, 2024 at 2:30 p.m. (CST). Judge Trauger's Courtroom Deputy will email to counsel the number they should call in order to participate in the telephone conference.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge