IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TOD SEELIE, ) | |
| ) | |
| Plaintiff, ) | Case No: 3:23-cv-01208 |
| ) | Judge Trauger |
| v. ) | |
| ) | |
| THE LAST AMERICAN VAGABOND, LLC, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: February 26, 2025

SANDERS LAW GROUP

By: _/s/ Craig B. Sanders_
Craig B. Sanders, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
File No.: 126391
*Attorneys for Plaintiff*

By: _/s/ M. Todd Sandahl_
M. Todd Sandahl, #19167
Attorney at Law
234 First Avenue South
Franklin, Tennessee 37064
(615) 794-3450
Fax: (615) 794-3510
tsandahl@mtslaw.com
*Attorney for Defendant*

1

## **CERTFICIATE OF SERVICE PURSUANT TO L.R. 5.01**

In compliance with L.R. 5.01, I hereby certify that on February 26, 2025, a true and correct copy of the foregoing Stipulation of Dismissal was electronically filed through the Court's CM/ECF filing system, which will serve notice on Defendant The Last American Vagabond, LLC via its following counsel of record:

M. Todd Sandahl, #19167
Attorney at Law
 234 First Avenue South
 Franklin, Tennessee 37064
(615) 794-3450
Fax: (615) 794-3510
tsandahl@mtslaw.com
*Attorney for Defendant*

                                                */s/ Craig Sanders*
                                                Craig Sanders, Esq.

2

Case 3:23-cv-01208    Document 28    Filed 02/26/25    Page 2 of 2 PageID #: 73